741 A.2d 80

IN THE MATTER OF NEDUM C. EJIOGU,
AN ATTORNEY AT LAW.

December 9, 1999.

**ORDER**

The Disciplinary Review Board on July 15, 1999, having filed with the Court its decision concluding that a letter of admonition should be issued to **NEDUM C. EJIOGU** of **EAST ORANGE,** who was admitted to the bar of this State in 1992, for violating *RPC* 1.15(d) and *Rule* 1:21–6 (recordkeeping), and good cause appearing;

It is ORDERED that the Disciplinary Review Board is authorized to issue a letter of admonition to respondent; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.